■ U.S. CAPITAL INSURANCE COMPANY, as Successor in In-

terest to MULTIPLUS INSURANCE Co., Respondent-Appellant, v BUFFALO AND ERIE COUNTY REGIONAL DEVELOPMENT CORPORATION, Appellant-Respondent. (Action No. 1.) BUFFALO AND ERIE COUNTY REGIONAL DEVELOPMENT CORPORATION, Plaintiff, v ENVIRONMENTAL ABATEMENT INTERNATIONAL, INC., et al., Defendants. (Action No. 2.) (Appeal No. 2.)—Appeals unanimously dismissed without costs. Same Memorandum as in *U.S. Capital Ins. Co. v Buffalo & Erie County Regional Dev. Corp.* ([appeal No. 1] 177 AD2d 949 [decided herewith]). (Appeals from Order of Supreme Court, Erie County, McGowan, J.—Summary Judgment; Interest.) Present—Callahan, A. P. J., Denman, Green, Balio and Davis, JJ.